**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                              Case No. 05-cr-147-01-PB

<u>Keith Scott</u>

**O R D E R**

The defendant has moved to continue the October 4, 2005 trial in the above case, citing the need for additional time to review discovery not yet produced and prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to complete discovery and properly prepare for trial, the court will continue the trial from October 4, 2005 to January 4, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 20, 2005 final pretrial conference is continued until December 19, 2005 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 19, 2005

cc: Jonathan Saxe, Esq.
    Donald Feith, AUSA
    United States Probation
    United States Marshal