**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>United States of America</u>

    **v.**                                    Case No. 05-cr-147-01-PB

<u>Keith Scott</u>


### O R D E R

The defendant has moved to continue the January 4, 2006 trial in the above case. Defendant cites the need for additional time to complete discovery and prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 4, 2006 to April 4, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

     The December 19, 2005 final pretrial conference is continued until March 21, 2006 at 3:30 p.m.

     SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

December 13, 2005

cc:  Jonathan Saxe, Esq.
     Donald Feith, Esq.
     United States Probation
     United States Marshal